UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM E. MOSS,
Plaintiff,

v.

O. YASIN, et al.,
Defendants.

Case No. 26-cv-03995-JST

**ORDER OF REFERRAL TO DETERMINE RELATIONSHIP**

Pursuant to N.D. Cal. Civil Local Rule 3-12(c), this case is referred to the Honorable Noel Wise for consideration of whether the case is related to *Robinson v Wiley*, Case No. C 26-cv-3644 NW. The Clerk is directed to docket this order in *Robinson v Wiley*, Case No. C 26-cv-3644 NW.

**IT IS SO ORDERED.**

Dated: November 9, 2026

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California